

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 1, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    **Re:  *Xiubing v. Mayorkas et al.*, 22 Civ. 8557 (RA)**

Dear Judge Abrams:

    This Office represents the government in the above-referenced action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application for Asylum and for Withholding of Removal (Form I-589).  I write respectfully to request that the initial pretrial conference presently scheduled for November 10, 2022, be rescheduled to the week of January 9, 2022, or a time thereafter that is convenient for the Court, with a corresponding extension of time for the parties' preconference submission.

    I respectfully request this adjournment because the complaint was served on the government by mail on October 17, 2022.  Pursuant to Rules 12(a)(2) and 6(d) of the Federal Rules of Civil Procedure, the government calculates the date for its response to the complaint to be December 19, 2022.  *See* Fed. R. Civ. P. 12(a)(2); Fed. R. Civ. P. 6(d). The government requires the intervening time to review the complaint, confer with USCIS, and determine next steps.  This is the government's first request for an adjournment of the pretrial conference.  Plaintiff consents to this request.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    *s/ Jacqueline Roman*
     JACQUELINE ROMAN
     Special Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (347) 714-3363
     E-mail: jacqueline.roman@usdoj.gov
     *Attorney for Defendant*

Application granted. The initial pretrial conference is hereby adjourned until January 13, 2023 at 3:45 p.m. The parties shall submit their joint letter and proposed case management plan no later than January 6, 2023.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/2/2022

  cc:  Counsel of record (via ECF)